AO 245B (Rev. 12/03)(VAED rev. 2) Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## Eastern District of Virginia
### Richmond Division

JU 28 2011

CLERK, U.S. DISTRICT

UNITED STATES OF AMERICA

V.

RUSSELL E. MACKERT
Defendant.

Case Number:    3:10CR00257-01

USM Number:    35292-183

Defendant's Attorney:
    Carolyn V. Grady, Esquire

## JUDGMENT IN A CRIMINAL CASE

The defendant pleaded guilty to a Two Count Criminal Information.

The defendant is adjudicated guilty of these offenses.

| Title and Section | Nature of Offense | Offense Class | Offense Ended | Count |
|---|---|---|---|---|
| 18 U.S.C. Sec. 1349 | Conspiracy to Commit Mail Fraud | Felony | 09/09/10 | One |
| 31 U.S.C. Sec. 5332 & 18 U.S.C. Sec. 2 | Bulk Cash Smuggling | Felony | 01/06/08 | Two |

   The defendant is sentenced as provided in pages 2 through 6 of this Judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

   It is ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

07/22/2011
Date of Imposition of Judgment

/s/                                    REP

Robert E. Payne
Senior United States District Judge

Date    July 28, 2011

AO 245B (Rev. 12/03)(VAED rev. 2) Judgment in a Criminal Case
Sheet 2 - Imprisonment

Page 2 of 6

| | |
|---|---|
| **Case Number:** | 3:10CR00257-01 |
| **Defendant's Name:** | RUSSELL E. MACKERT |

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: ONE HUNDRED EIGHTY-EIGHT (188) MONTHS. This term consists of ONE HUNDRED EIGHTY-EIGHT (188) MONTHS on Count 1 of the Criminal Information, and SIXTY (60) MONTHS on Count 2, all to be served concurrently.

The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons as notified by the United States Marshal no later than 2:00 p.m. on October 11, 2011. If no institution has been designated he shall surrender to the United States Marshal in Richmond, Virginia.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this Judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 12/03)(VAED rev. 2) Judgment in a Criminal Case
Sheet 3 - Supervised Release

| Case Number: | 3:10CR00257-01 |
|---|---|
| Defendant's Name: | RUSSELL E. MACKERT |

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of THREE (3) YEARS. This term consists of THREE (3) YEARS on Count 1, and THREE (3) YEARS on Count 2, all to run concurrently.

The Probation Office shall provide the defendant with a copy of the standard conditions and any special conditions of supervised release.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and periodic drug tests thereafter, as determined by the court.

The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

If this judgment imposes a fine or restitution obligation , it is a condition of supervised release that the defendant pay any such fine or restitution in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

# STANDARD CONDITIONS OF SUPERVISION

The defendant shall comply with the standard conditions that have been adopted by this court set forth below:

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependants and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance or any paraphernalia related to such substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer for a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B (Rev. 12/03)(VAED rev. 2) Judgment in a Criminal Case
Sheet 3A - Supervised Release

Page 4 of 6

| Case Number: | 3:10CR00257-01 |
| Defendant's Name: | RUSSELL E. MACKERT |

# SPECIAL CONDITIONS OF SUPERVISION

While on supervised release, pursuant to this Judgment, the defendant shall also comply with the following additional special conditions:

1) The defendant shall not incur new credit card charges or open additional lines of credit without the approval of the probation officer.

2) The defendant shall provide the probation officer with access to requested financial information.

3) The defendant shall apply monies received from income tax refunds, lottery winnings, inheritances, judgments, and any anticipated or unexpected financial gains to the outstanding court-ordered financial obligations.

4) The defendant shall make monthly payments of TWO HUNDRED FIFTY AND NO/100 ($250.00) DOLLARS, or of TWENTY-FIVE (25) PERCENT of his gross income, whichever is greater, beginning SIXTY (60) DAYS after his term of Supervised Release begins towards any court ordered financial obligations imposed herein until paid in full.

5) As reflected in the presentence report, the defendant presents a low risk of future substance abuse and therefore, the Court hereby suspends the mandatory condition for substance abuse testing as defined by 18 U.S.C. 3583(d). However, this does not preclude the U.S. Probation Office from administering drug tests as they deem appropriate.

AO 245B (Rev. 12/03)(VAED rev. 2) Judgment in a Criminal Case
    Sheet 5 - Criminal Monetary Penalties

Page 5 of 6

| Case Number: | 3:10CR00257-01 |
| --- | --- |
| Defendant's Name: | RUSSELL E. MACKERT |

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the Schedule of Payments on Sheet 6.

| Count | Assessment | Fine | Restitution |
| --- | --- | --- | --- |
| One | $100.00 | $0.00 | $27,548,572.70 |
| Two | $100.00 | $0.00 | $0.00 |
| **TOTALS:** | **$200.00** | **$0.00** | **$27,548,572.70** |

No fines have been imposed in this case.

The defendant must make restitution (including community restitution) to the following payees in the amount listed below. If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. Section 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Count | Total Loss | Restitution Ordered | Priority or Percentage |
| --- | --- | --- | --- | --- |
| See Attachment A | | $0.00 | $27,548,572.70 | |
| TOTALS: | | $0.00 | $27,548,572.70 | |

Payments of Restitution are to be made payable to Clerk, U.S. District Court.

The Court determined that the defendant does not have the ability to pay interest and it is ordered that the interest requirement is waived for the restitution.

See Order of Restitution, which is incorporated in this judgment by reference, for details regardinag the payment of the restitution imposed herein.

## FORFEITURE

The Order of Forfeiture entered in Criminal Case Number 3:10CR00257-01, United States of America v. Russell E. Mackert is incorporated in this judgment by reference.

AO 245B (Rev. 12/03)(VAED rev. 2) Judgment in a Criminal Case
Sheet 6 - Schedule of Payments

Page 6 of 6

| Defendant's Name: | RUSSELL E. MACKERT |
| Case Number: | 3:10CR00257-01 |

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

Lump sum payment of $27,548,772.70 due immediately, balance due in accordance with below:

Payment in equal monthly installments of $250.00, or of 25% of his gross income, whichever is greater,  over a period of years, to commence 60 days after release from  imprisonment to a term of supervision.

The special assessment shall be due in full immediately.

The restitution shall be paid during the period of supervised released.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment.  All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the Clerk of the Court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

Payments shall be applied in the following order: (1) assessment (2) restitution principal (3) restitution interest (4) fine principal (5) fine interest (6) community restitution (7) penalties and (8) costs, including cost of prosecution and court costs.

Nothing in the court's order shall prohibit the collection of any judgment, fine, or special assessment by the United States.

# ATTACHMENT A

| | Last Name | First Name | Loss Amount |
|---|---|---|---|
| 1. | AB Revocable Living Trust | | $9,507,237.40 |
| 2. | Abeyta | Rudolph | $50,000.00 |
| 3. | Ables | David | $70,000.00 |
| 4. | Ables | Edna | $244,795.03 |
| 5. | Abuteir - Children's Trust | | $61,975.99 |
| 6. | Adams | Nicholas | $51,561.29 |
| 7. | Adkins | Janice & Kenne | $120,000.00 |
| 8. | Aguilar | Jorge & Amelia | $1,550,000.00 |
| 9. | Ahmann | James | $109,690.26 |
| 10. | Alexander | Robert & Barbara | $50,000.00 |
| 11. | Allen | Clifton | $275,000.00 |
| 12. | Allen | James & Beverly | $100,000.00 |
| 13. | Allen | Jeffrey | $100,000.00 |
| 14. | Alvarez | Olivia | $200,000.00 |
| 15. | Amidei | Maurice & Sarah | $225,000.00 |
| 16. | Amidei | Sarah | $50,000.00 |
| 17. | Anderson | Larry | $50,000.00 |
| 18. | Anderson | Spencer | $50,000.00 |
| 19. | Anderson | Myrtle | $50,000.00 |
| 20. | Andrews | Frank | $75,000.00 |
| 21. | Arbetter | Wallen | $344,159.12 |
| 22. | Arden | Jan | $301,258.22 |
| 23. | Armstrong | Thomas & Suzanne | $50,000.00 |
| 24. | Ascol | Alfred | $50,000.00 |
| 25. | Aubin Family Trust | Charles & Nancy | $50,000.00 |
| 26. | Back | Erskine | $110,000.00 |
| 27. | Baker | Lee | $342,365.14 |
| 28. | Balliet | Kenneth | $117,337.45 |
| 29. | Banse | Gary | $56,236.41 |
| 30. | Barber | Russell | $75,000.00 |
| 31. | Barker | Lee | $100,000.00 |
| 32. | Baron | Gene | $65,000.00 |
| 33. | Barone | Antonio & Marie | $100,000.00 |
| 34. | Barringer | Doris | $65,000.00 |
| 35. | Batten | Robert & Darcy | $300,000.00 |
| 36. | Batten | Robert | $78,900.00 |

# ATTACHMENT A

| | Last Name | First Name | Loss Amount |
|---|---|---|---|
| 37. | Bauer | Cary | $100,000.00 |
| 38. | Bauer | Grace | $88,333.75 |
| 39. | Bautista | Maria | $72,144.55 |
| 40. | Beatty | Robert | $103,653.69 |
| 41. | Beck | Doyle | $150,000.00 |
| 42. | Becker | Florence | $300,000.00 |
| 43. | Becker | Jana | $384,494.22 |
| 44. | Beckman | Jeffrey | $100,162.75 |
| 45. | Begin | Kim Loi | $70,000.00 |
| 46. | Bellamy | Kiesha | $50,000.00 |
| 47. | Bennerotte | Stuart | $100,000.00 |
| 48. | Bennett | John Mark | $117,942.00 |
| 49. | Bennett | Wallace | $53,775.18 |
| 50. | Bennett | Christine | $46,867.93 |
| 51. | Bennett | Sherryll | $65,000.00 |
| 52. | Berman | Lisa & Brian Rose | $70,000.00 |
| 53. | Bertlshofer | Carol | $110,000.00 |
| 54. | Bhattacharya | Anima | $80,000.00 |
| 55. | Biswas | Dayal | $300,000.00 |
| 56. | Blanco | Gail | $257,766.96 |
| 57. | Blase' | Gerald & JoAnne | $100,000.00 |
| 58. | Bloecher | Shirley | $193,650.74 |
| 59. | Blum | Noel | $100,000.00 |
| 60. | Bolei | Jeanette | $60,000.00 |
| 61. | Borders | Susan | $69,035.57 |
| 62. | Bork | Seth | $50,000.00 |
| 63. | Borrego | Manuela | $56,243.58 |
| 64. | Borrego | Steven | $59,470.38 |
| 65. | Bouchard | Donald | $300,000.00 |
| 66. | Boutross | Peter | $60,000.00 |
| 67. | Boyd | Howard & Rita | $25,000.00 |
| 68. | Brackeen | Billy | $50,000.00 |
| 69. | Bradford | Teresa | $87,025.80 |
| 70. | Bradshaw | Jack & Illene | $25,000.00 |
| 71. | Bradshaw | Kristine | $78,821.58 |
| 72. | Bradshaw | Michael | $52,622.56 |

# ATTACHMENT A

| | Last Name | First Name | Loss Amount |
|---|---|---|---|
| 73. | Bramm | Alvina | $65,000.00 |
| 74. | Breckenridge-Crump | Annie | $100,000.00 |
| 75. | Brieva | Oswaldo | $55,401.83 |
| 76. | Brigance | Bob | $102,951.62 |
| 77. | Briscoe II | Mason | $50,000.00 |
| 78. | Broach | Joseph | $397,643.12 |
| 79. | Brooks | Mark | $71,311.13 |
| 80. | Brooks | Pamela | $54,375.63 |
| 81. | Broussard | Troy | $106,656.00 |
| 82. | Brown | Suzanne | $50,000.00 |
| 83. | Brown | Bert & Brandi | $105,000.00 |
| 84. | Bryant | Bonnie | $100,000.00 |
| 85. | Buffington | Michael | $50,000.00 |
| 86. | Bullard | James | $200,021.08 |
| 87. | Bumgardner | John | $150,000.00 |
| 88. | Burcham | Ricky | $122,415.30 |
| 89. | Burgess | John | $50,000.00 |
| 90. | Burke | Robert | $50,000.00 |
| 91. | Burton | Dennis | $50,000.00 |
| 92. | Bush | Jon | $400,000.00 |
| 93. | Busse | Delores | $73,000.00 |
| 94. | Callen | Anna | $100,000.00 |
| 95. | Cameron | Mabel | $200,000.00 |
| 96. | Cannizzo | Kathryn | $60,000.00 |
| 97. | Cansler | Marshall | $103,705.80 |
| 98. | Cantley | Robert & Janice | $65,000.00 |
| 99. | Carebear Ltd | | $50,000.00 |
| 100. | Carey | Lee | $100,500.00 |
| 101. | Carl | Gary | $58,165.69 |
| 102. | Carlin | Charles | $75,000.00 |
| 103. | Carlisle | Steve | $257,771.58 |
| 104. | Carlozzi | Dona | $87,039.21 |
| 105. | Carrington | Hattie | $79,400.00 |
| 106. | Casey | James | $165,565.69 |
| 107. | Cashion | Christopher | $62,096.11 |
| 108. | Caskey | Penelope | $57,695.93 |

# ATTACHMENT A

| | Last Name | First Name | Loss Amount |
|---|---|---|---|
| 109. | Cauble | Wendy | $70,000.00 |
| 110. | Cauble | Jeffrey | $70,000.00 |
| 111. | Caverns Investments LTD | | $150,000.00 |
| 112. | Celt | Helen | $51,651.05 |
| 113. | Chalos | Chris | $75,000.00 |
| 114. | Chapman | Mildred | $100,000.00 |
| 115. | Childress | Dan | $200,000.00 |
| 116. | Chin | Sherman | $98,862.24 |
| 117. | Chitty | Brian | $200,000.00 |
| 118. | Choate IV | Henry | $100,000.00 |
| 119. | Cholewin | June | $55,000.00 |
| 120. | Clark | Michael | $156,303.72 |
| 121. | Coe | James | $77,763.54 |
| 122. | Cohn | Barry | $676,400.00 |
| 123. | Cohn | Glenna | $23,600.00 |
| 124. | Collins | Michael | $50,000.00 |
| 125. | Collins | William & Debra | $130,000.00 |
| 126. | Collinsworth | Conrad | $100,000.00 |
| 127. | Combs | Alton | $138,303.25 |
| 128. | Combs | Matt | $100,000.00 |
| 129. | Conrady | Roy | $100,000.00 |
| 130. | Cook | Franklin | $50,000.00 |
| 131. | Cooper | David & Rose | $50,000.00 |
| 132. | Cooper | Kelly | $85,000.00 |
| 133. | Cordell | Kenneth | $381,225.20 |
| 134. | Cortez | Dave | $150,000.00 |
| 135. | Courts | Michael | $50,000.00 |
| 136. | Cox | Mark | $89,040.71 |
| 137. | Cox | Linda | $340,144.15 |
| 138. | Craig | Helen | $150,000.00 |
| 139. | Crandall | Cynthia | $49,426.15 |
| 140. | Culton | Elvis | $102,485.81 |
| 141. | Cunningham (Coshatte Road Exotics) | Richard | $184,500.00 |
| 142. | Curtis | Blaine | $450,000.00 |
| 143. | Czarnecki | Michael | $54,873.18 |
| 144. | Czarnecki | Yuan | $65,000.00 |

# ATTACHMENT A

| | Last Name | First Name | Loss Amount |
|---|---|---|---|
| 145. | Dabelic | Ivo | $600,325.98 |
| 146. | Dahl | Anna | $79,653.25 |
| 147. | Dalbo | Helen | $140,000.00 |
| 148. | Daly Jr | William | $200,000.00 |
| 149. | Dang | Chau | $126,160.99 |
| 150. | Dang | David & Chau | $79,458.85 |
| 151. | Dang | Maria | $40,000.00 |
| 152. | Daniel | Elana | $50,000.00 |
| 153. | Danielowicz | David | $435,181.12 |
| 154. | Davidson | Terry | $50,000.00 |
| 155. | Davies | Constance | $100,000.00 |
| 156. | Davies | Sheila | $88,891.16 |
| 157. | Davis | Michael | $106,752.46 |
| 158. | Davis | Tommy | $75,000.00 |
| 159. | Davis | Bruce | $143,013.83 |
| 160. | Dean | Edna | $81,749.12 |
| 161. | Dennis | James | $100,000.00 |
| 162. | Denobrega | Antonio & Maria Arlete | $80,000.00 |
| 163. | Devery, Jr. | Edward | $50,000.00 |
| 164. | Dewalt | Ronald | $50,000.00 |
| 165. | Dewart | Michael & Lindsey | $40,000.00 |
| 166. | Dillehay | Michele | $100,000.00 |
| 167. | Dillehay | Patricia | $100,289.18 |
| 168. | DiMaria | Frank | $100,000.00 |
| 169. | Dirienzo | Anthony & Joan | $50,000.00 |
| 170. | Doherty | Dennis | $59,000.00 |
| 171. | Domico | Jean | $250,000.00 |
| 172. | Domrase | Dale | $92,657.81 |
| 173. | D'Souza | Sylvia | $150,000.00 |
| 174. | Dudney | Donald | $175,000.00 |
| 175. | Duffy | Marjorie | $256,000.00 |
| 176. | Duncan | Sue | $112,228.90 |
| 177. | Duncan c/o Ellen White | Jack | $50,000.00 |
| 178. | Dunlap | Larry | $68,786.77 |
| 179. | Dutton | Steven | $100,000.00 |
| 180. | Dwyer | Paul | $50,000.00 |

# ATTACHMENT A

| | Last Name | First Name | Loss Amount |
|---|---|---|---|
| 181. | Dyerly | Linda | $11,128.67 |
| 182. | Elizabeth A. Bryant Living Trust | | $650,000.00 |
| 183. | Erickson | Neta | $100,000.00 |
| 184. | Erickson | Lloyd | $130,000.00 |
| 185. | Erisman | Sharon | $50,000.00 |
| 186. | Eskam 1989 Family Trust | | $300,000.00 |
| 187. | Fancher | Kenny & Michelle | $50,000.00 |
| 188. | Farber | Donald | $60,000.00 |
| 189. | Fazioli | William | $25,000.00 |
| 190. | Felt | Jason | $50,000.00 |
| 191. | Felton | Patricia | $60,000.00 |
| 192. | Fenley | Doyle | $50,000.00 |
| 193. | Fernandez | Isidro | $27,148.81 |
| 194. | Ferrell | Jyoti | $26,147.40 |
| 195. | Ferrell | Thomas | $540,898.21 |
| 196. | Fetter Family Trust | | $50,000.00 |
| 197. | Fiandt | Terry | $50,000.00 |
| 198. | Fickau | Christopher | $136,145.74 |
| 199. | Fielding | John | $50,000.00 |
| 200. | Finger | Lawrence | $100,000.00 |
| 201. | Fitzgerald | Earl | $50,532.32 |
| 202. | Fitzgerald | Kenneth | $100,000.00 |
| 203. | Fitzgerald | Kristy | $54,094.08 |
| 204. | Flach | James | $101,716.47 |
| 205. | Fleming | Mike | $300,000.00 |
| 206. | Fleming | William | $50,000.00 |
| 207. | Floyd | Bobby | $50,000.00 |
| 208. | Flynn | John | $222,271.77 |
| 209. | Focus Life Settlement Limited Partnership | | $500,000.00 |
| 210. | Forbess | Brenda | $40,000.00 |
| 211. | Fosse | Al | $50,000.00 |
| 212. | Foster | Margaret | $100,000.00 |
| 213. | Foulis, Jr. | Robert | $473,581.74 |
| 214. | Frank | John | $178,000.00 |
| 215. | Frank, Jr. | Kenneth | $183,661.19 |
| 216. | Frisbie | Robert | $100,000.00 |

# ATTACHMENT A

| | Last Name | First Name | Loss Amount |
|---|---|---|---|
| 217. | Frost | Dixie | $218,485.89 |
| 218. | Fruzia | Mary | $28,000.00 |
| 219. | Fullmer | Sharon | $47,147.49 |
| 220. | Funk | Rose | $300,000.00 |
| 221. | Fusco | Jo Anne | $100,000.00 |
| 222. | Galfione | Daniel | $144,163.54 |
| 223. | Garcia | Gloria | $100,000.00 |
| 224. | Garrett | Randall | $50,000.00 |
| 225. | Gates | Emelia | $375,000.00 |
| 226. | Gaver Jr | Thomas | $96,814.53 |
| 227. | Gawlowski | Mary | $100,000.00 |
| 228. | Geiger | Norma | $50,000.00 |
| 229. | Gerdes | Adolph | $570,014.46 |
| 230. | Gerlach | James | $50,847.36 |
| 231. | Gibson | Evelyn | $691,713.19 |
| 232. | Giger | James & Therese | $500,000.00 |
| 233. | Giger | Charles | $999,084.34 |
| 234. | Giger | Mary & Charles | $1,100,000.00 |
| 235. | Givan | Barbara | $65,000.00 |
| 236. | Glander | Helen | $100,000.00 |
| 237. | Gold | Mary | $101,280.44 |
| 238. | Gollier | Harry & Cynthia | $194,273.52 |
| 239. | Gollier | Harry | $127,113.87 |
| 240. | Gooch Charitable Remainder | | $166,912.74 |
| 241. | Gore | Jerry | $50,000.00 |
| 242. | Gorin | Jane | $50,000.00 |
| 243. | Gould | Matthew | $250,000.00 |
| 244. | Graham | Patricia | $129,959.98 |
| 245. | Granchi | Anne | $50,000.00 |
| 246. | Gray | Robert | $50,000.00 |
| 247. | Gray | Rita | $54,199.30 |
| 248. | Gray | Samuel | $64,719.16 |
| 249. | Greving | Marvin | $98,948.99 |
| 250. | Grewal | Gursharan | $64,378.99 |
| 251. | Grove | Arlen | $100,000.00 |
| 252. | Guest | Floyd | $200,000.00 |

# ATTACHMENT A

| | Last Name | First Name | Loss Amount |
|---|---|---|---|
| 253. | Gumpher | Richard | $100,000.00 |
| 254. | Gustavsson | William | $55,718.42 |
| 255. | Hagemann | Alvin | $80,000.00 |
| 256. | Hall | Virgil | $50,000.00 |
| 257. | Hall III | Clarence | $50,000.00 |
| 258. | Halperin | Frederic | $150,000.00 |
| 259. | Hammerl | Diane | $264,802.64 |
| 260. | Hanks | Darryl | $270,221.02 |
| 261. | Hanneman | Rita | $450,000.00 |
| 262. | Hansen | Daryl | $90,000.00 |
| 263. | Harper | Carrie & Joseph | $400,000.00 |
| 264. | Harris Family Trust | Roy & Ilse | $50,000.00 |
| 265. | Hartke | Frederick | $85,000.00 |
| 266. | Harwell | Charles | $50,000.00 |
| 267. | Hassett | Kathleen | $85,396.07 |
| 268. | Hattabaugh | Cary | $83,798.31 |
| 269. | Heisler | Jeannine | $50,000.00 |
| 270. | Heisz | William | $200,000.00 |
| 271. | Held | Fred | $59,500.00 |
| 272. | Helleckson | Edward | $32,499.98 |
| 273. | Hena | Mohammed Abu | $75,000.00 |
| 274. | Henderson | Richard & Michelle | $136,000.00 |
| 275. | Henderson | Rufus | $66,931.89 |
| 276. | Hendricks | Jimie | $132,298.94 |
| 277. | Heney | Shirley | $50,000.00 |
| 278. | Henke | Richard | $69,632.20 |
| 279. | Herman | Ben | $54,328.11 |
| 280. | Herman | Marianne | $51,056.84 |
| 281. | Hicks | Geraldine | $50,000.00 |
| 282. | Higdon-Whitaker | Paula | $1,000,000.00 |
| 283. | Hilger | George & Nancy | $50,000.00 |
| 284. | Hill | Carl | $200,000.00 |
| 285. | Hill | Gerald | $100,000.00 |
| 286. | Hill, Sr. | Reed | $83,599.38 |
| 287. | Hilleboe | Eric | $266,656.97 |
| 288. | Hitchens | Barbara | $200,000.00 |

# ATTACHMENT A

| | Last Name | First Name | Loss Amount |
|---|---|---|---|
| 289. | Hite | Don | $173,552.00 |
| 290. | Hite | Sydney | $28,012.61 |
| 291. | Hoang | Lien | $51,468.84 |
| 292. | Hodell | Hans | $100,000.00 |
| 293. | Hoelscher | Joan | $115,000.00 |
| 294. | Hoffman | William | $141,734.96 |
| 295. | Hofman | James | $48,340.25 |
| 296. | Hogan | Lanell | $57,000.00 |
| 297. | Hogan Family Trust | | $57,000.00 |
| 298. | Holden | Georgana | $81,726.75 |
| 299. | Holsch | Ann Oranelle | $200,000.00 |
| 300. | Horton | Peggy | $100,000.00 |
| 301. | Hough | Orlene | $50,000.00 |
| 302. | Householder | Ronald | $243,244.86 |
| 303. | Houston | Linda | $100,000.00 |
| 304. | Hubenak | Avin | $35,085.00 |
| 305. | Huskey | Peggy | $50,000.00 |
| 306. | Hyde | Richard | $50,000.00 |
| 307. | Irwin, Jr. | Gary | $73,533.51 |
| 308. | Iteogu | Michael | $75,917.34 |
| 309. | Jackson | Shirley | $91,017.56 |
| 310. | Jacobs | Clifton | $50,000.00 |
| 311. | Jennie Candiotte Revocable Trust | | $118,000.00 |
| 312. | Jernigan | Catherine | $110,000.00 |
| 313. | Johnson | Gordon | $58,044.31 |
| 314. | Johnson | Gregory | $280,000.00 |
| 315. | Johnson | Robert | $50,000.00 |
| 316. | Johnson | Farida | $100,000.00 |
| 317. | Johnson | Grace | $150,000.00 |
| 318. | Johnson | Judith | $50,000.00 |
| 319. | Johnson Jr | Charles | $25,000.00 |
| 320. | Johnston | Michael | $79,975.00 |
| 321. | Jolley | L. Dean | $64,000.00 |
| 322. | Jolley | Carrie & L. Dean | $100,000.00 |
| 323. | Jones | Kenneth | $60,500.00 |
| 324. | Jones | Randolph | $49,916.01 |

# ATTACHMENT A

| | Last Name | First Name | Loss Amount |
|---|---|---|---|
| 325. | Juergens | Kurt | $220,000.00 |
| 326. | Julian | Cynthia | $82,830.84 |
| 327. | Kai | Sumner | $189,768.53 |
| 328. | Kaitson | Angela | $112,000.00 |
| 329. | Kanak | Winnie | $25,000.00 |
| 330. | Kantara | Mary | $100,000.00 |
| 331. | Kavalayil | Rosamma | $155,801.67 |
| 332. | Keathley, Jr. | Basil & Betty | $131,280.29 |
| 333. | Kelsey | Paul | $300,000.00 |
| 334. | Kersey | Philip | $100,000.00 |
| 335. | Kess Sr | Thomas | $52,278.18 |
| 336. | Kessler | Robert & Robin | $125,000.00 |
| 337. | Ketaner | Joseph | $108,377.30 |
| 338. | Kieschnick | Connie | $52,325.02 |
| 339. | Klein | Richard | $113,018.94 |
| 340. | Knight | Lavina | $50,000.00 |
| 341. | Kocan | Eric | $201,681.89 |
| 342. | Kochsiek | Judy | $100,000.00 |
| 343. | Kowalski | Jerome | $200,000.00 |
| 344. | Kozelka | Patricia | $56,543.92 |
| 345. | Kramer | David & Sherry | $200,000.00 |
| 346. | Krueger | Daniel | $250,000.00 |
| 347. | Lahasky | Andrew | $155,828.28 |
| 348. | LaJaunie | Ronald & Laura | $90,000.00 |
| 349. | Lakehomer | Barbara | $83,976.89 |
| 350. | LaMar | Eddie & Sylvia | $50,000.00 |
| 351. | Landrian | Frank | $53,845.87 |
| 352. | Lange | Gary | $65,736.06 |
| 353. | Lange | Scott | $54,279.39 |
| 354. | Lau | Howard & Tat Fai | $100,000.00 |
| 355. | Launer | Randall | $66,546.10 |
| 356. | Lawrence | Cleaster | $100,000.00 |
| 357. | Le | Mark & Am Thi | $186,000.00 |
| 358. | Leach | David | $50,000.00 |
| 359. | Leahy | Susan | $80,000.00 |
| 360. | Lefholz | Richard | $100,000.00 |

# ATTACHMENT A

| | Last Name | First Name | Loss Amount |
|---|---|---|---|
| 361. | Lehane | Joseph | $60,000.00 |
| 362. | Lenehan TTEE | Ruth | $70,000.00 |
| 363. | Leonard | Stephanie | $55,000.00 |
| 364. | Lerch | Gretchen | $50,000.00 |
| 365. | Lewis | Clarence | $50,000.00 |
| 366. | Lindsey | Carol | $50,000.00 |
| 367. | Livingston | W. | $50,000.00 |
| 368. | Loan | Clyde & Norma | $50,000.00 |
| 369. | Lockett | Donna | $153,000.00 |
| 370. | Looney | Mike & Susi | $300,000.00 |
| 371. | Lopez | Luis | $162,928.18 |
| 372. | Louis | Moza | $135,000.00 |
| 373. | Lucas | Gertrude | $322,582.92 |
| 374. | Lund | Elvia | $124,983.06 |
| 375. | Luttrell | Lila | $100,000.00 |
| 376. | Lych | Timothy | $100,000.00 |
| 377. | Madden | Charles | $400,000.00 |
| 378. | Maeurer | Robert | $185,761.64 |
| 379. | Majchrzak | Walter | $60,000.00 |
| 380. | Malcomson | Dorothy | $50,000.00 |
| 381. | Maloles | Reynaldo | $50,000.00 |
| 382. | Marley | Lynne | $59,983.63 |
| 383. | Marsh | Elma | $50,000.00 |
| 384. | Martin | Robert | $50,000.00 |
| 385. | Martini | Diane | $70,000.00 |
| 386. | Mathews | Thomas & Pam | $50,036.42 |
| 387. | Matthews | Donald | $113,608.92 |
| 388. | Matthews | Moses | $100,000.00 |
| 389. | Maussner | Richard | $100,000.00 |
| 390. | Mayo | Jesse | $201,000.00 |
| 391. | McClung | Alma Jean | $50,000.00 |
| 392. | McCoy Family Living Trust | | $600,000.00 |
| 393. | McDonald | David | $68,543.82 |
| 394. | McDowell | Charles | $235,269.54 |
| 395. | McDowell | Mary | $70,761.32 |
| 396. | McGraw | Michael | $89,962.48 |

# ATTACHMENT A

| | Last Name | First Name | Loss Amount |
|---|---|---|---|
| 397. | McKellom Revocable Mar Trust | | $608,708.85 |
| 398. | McKenzie | June | $140,000.00 |
| 399. | McMackin | Donna & Michael | $50,000.00 |
| 400. | McNally | Georgette | $386,679.00 |
| 401. | McWhirter | Jack | $98,624.90 |
| 402. | Mele | Roger | $50,000.00 |
| 403. | Mestas | Angie | $48,000.00 |
| 404. | Michael & Brenda Kessler Family Trust | | $500,000.00 |
| 405. | Miller | Ronald & Nedra | $50,000.00 |
| 406. | Miller | Ronald | $50,000.00 |
| 407. | Milligan | Christal | $14,164.26 |
| 408. | Milliken | Jerry | $100,000.00 |
| 409. | Mirich | Joseph | $217,212.47 |
| 410. | Misch | Henrietta | $70,000.00 |
| 411. | Mistry | Thakor | $100,000.00 |
| 412. | Mistry | Jashu | $50,000.00 |
| 413. | Modavi | Abdollah | $50,000.00 |
| 414. | Molinari | Rosemary | $240,000.00 |
| 415. | Molitor | Stephen | $124,149.95 |
| 416. | Monkres | Eugene | $207,000.00 |
| 417. | Monkres | Georgia | $57,000.00 |
| 418. | Montemayor | Joe | $200,000.00 |
| 419. | Moody | Delores | $353,810.00 |
| 420. | Moore | Harry | $161,557.21 |
| 421. | Moore | Thomas | $60,000.00 |
| 422. | Moore Jr | Irving | $50,000.00 |
| 423. | Moore, Jr. | Wayland | $100,000.00 |
| 424. | Mora | Joe | $250,000.00 |
| 425. | Morella | Chalet | $104,387.36 |
| 426. | Morello | Sue | $100,000.00 |
| 427. | Morse | Dorothy | $100,000.00 |
| 428. | Morse | Bruce | $275,000.00 |
| 429. | Moseley | Danny | $50,000.00 |
| 430. | Motiff | Jan | $500,000.00 |
| 431. | Mozley | Loretta | $697,505.00 |
| 432. | Muenster | Joseph | $142,817.20 |

# ATTACHMENT A

| | Last Name | First Name | Loss Amount |
|---|---|---|---|
| 433. | Munoz | Rodolfo | $100,000.00 |
| 434. | Murray | Lorraine | $50,000.00 |
| 435. | Musselwhite | Herbert | $104,437.10 |
| 436. | Myers | John | $136,159.87 |
| 437. | Myong | Yim | $110,965.95 |
| 438. | Narramore | Buford | $187,328.46 |
| 439. | Narramore | Sharon | $85,429.93 |
| 440. | Nellis | Noel | $50,000.00 |
| 441. | Nelson | Eva | $100,000.00 |
| 442. | Netek Jr | Don | $50,000.00 |
| 443. | Newberry | J. | $50,000.00 |
| 444. | Nguyen | Phuong | $52,407.91 |
| 445. | Nguyen | Chau & Linh | $100,000.00 |
| 446. | Nichole Simon Irrevocable Trust | | $50,000.00 |
| 447. | Nordby | Alan | $50,250.00 |
| 448. | Norden | Hanh | $50,000.00 |
| 449. | Northam | Barbara | $328,000.00 |
| 450. | Norwood | Linda | $150,000.00 |
| 451. | Novotny | Nancy | $50,000.00 |
| 452. | Nunn | Margaret | $150,000.00 |
| 453. | Nystrom | David | $50,000.00 |
| 454. | Odom | Gary | $133,383.00 |
| 455. | Orlkomaiya | Paula | $59,246.80 |
| 456. | Ormondroyd | Harold | $431,000.00 |
| 457. | O'Rorke | Robert | $135,120.67 |
| 458. | Orr | James | $66,160.63 |
| 459. | Osborne | Charles | $300,000.00 |
| 460. | Osborne | Jason | $34,860.44 |
| 461. | Osborne | Sharon | $176,450.23 |
| 462. | O'Toole, Brian | | $195,116.32 |
| 463. | Ott | Melvin & Edna | $70,000.00 |
| 464. | Owen | Sandra | $50,000.00 |
| 465. | Page | Patricia | $100,000.00 |
| 466. | Page Revocable Trust Gladys & James | | $100,000.00 |
| 467. | Paine | Stephen | $150,000.00 |
| 468. | Palumbo | Irene | $160,000.00 |

# ATTACHMENT A

| | Last Name | First Name | Loss Amount |
|---|---|---|---|
| 469. | Parish | Raymond | $57,818.31 |
| 470. | Parlette | Adela | $118,205.16 |
| 471. | Parlette IV | Harry | $353,317.31 |
| 472. | Parsons | Douglas | $400,000.00 |
| 473. | Parsons | Eileen | $100,189.49 |
| 474. | Parzyck | Chester | $145,000.00 |
| 475. | Pascal | Vincent | $486,020.49 |
| 476. | Patel | Jayanti & Suman | $283,289.00 |
| 477. | Patout III | Rivers | $100,000.00 |
| 478. | Patterson | Royston | $100,000.00 |
| 479. | Payton | Robert | $62,255.48 |
| 480. | Peck | Kathleen | $191,488.47 |
| 481. | Penland | Frankie | $25,000.00 |
| 482. | Perkovich | Brian | $250,000.00 |
| 483. | Perlinger | Francis | $110,000.00 |
| 484. | Peter R. Bachman Trust | | $250,000.00 |
| 485. | Petersen | Robert | $65,000.00 |
| 486. | Petersen | Darlene | $52,680.32 |
| 487. | Pham | Tom | $50,000.00 |
| 488. | Phifer | Patsy | $75,000.00 |
| 489. | Piche | Don | $186,345.38 |
| 490. | Piche | Jon | $100,000.00 |
| 491. | Piche | Ronald | $50,000.00 |
| 492. | Piche | Sharyn | $75,000.00 |
| 493. | Piche | Guy | $100,000.00 |
| 494. | Piche | Julie | $50,000.00 |
| 495. | Pickell | Julie | $53,580.56 |
| 496. | Pittman | Elizabeth | $60,295.20 |
| 497. | Pomeroy | Elaine | $137,500.00 |
| 498. | Pond | Larry | $80,000.00 |
| 499. | Ponsell | Barbara | $50,000.00 |
| 500. | Postma | Ursula | $134,000.00 |
| 501. | Poulsen | Rodney | $120,000.00 |
| 502. | Prewitt | Eloise | $50,000.00 |
| 503. | Prince | Darlene | $55,836.00 |
| 504. | Pritchard | Luther | $70,000.00 |

# ATTACHMENT A

| | Last Name | First Name | Loss Amount |
|---|---|---|---|
| 505. | Proctor | Nick | $93,900.74 |
| 506. | Puesi | Gloria | $250,000.00 |
| 507. | Puff | Richard | $50,000.00 |
| 508. | Pyron | Dina | $406,849.34 |
| 509. | Quiroga | Luis | $103,163.53 |
| 510. | Ramirez | Jose | $50,000.00 |
| 511. | Rand | Justin & Diane | $50,000.00 |
| 512. | Ransom | Renee | $50,000.00 |
| 513. | Ranson | Greg | $50,000.00 |
| 514. | Ray | Ivan | $31,935.00 |
| 515. | Raybon | Kenneth | $100,000.00 |
| 516. | Redmon | Terry | $252,527.92 |
| 517. | Reeves | Jean | $100,000.00 |
| 518. | Reyes | Ana | $72,000.00 |
| 519. | Richards, Jr. | Michael | $73,266.15 |
| 520. | Rickard | William | $100,000.00 |
| 521. | Riddle | James | $175,000.00 |
| 522. | Riddle | Tamara | $54,123.02 |
| 523. | Ripley | Douglas | $100,000.00 |
| 524. | Roach | Gary | $100,000.00 |
| 525. | Roach | Beverly & Gary | $179,384.88 |
| 526. | Robert D. White Irrevocable Trust | | $125,000.00 |
| 527. | Robicheaux | Ron | $100,000.00 |
| 528. | Robinson | Shelton | $50,000.00 |
| 529. | Rogers | Gordon | $100,000.00 |
| 530. | Rosen | Walter & Sandra | $280,000.00 |
| 531. | Rosen | Sandra & Penn | $200,000.00 |
| 532. | Rosko | Sharon | $100,000.00 |
| 533. | Ross | Patricia | $200,357.24 |
| 534. | Rossi | Eloise | $100,000.00 |
| 535. | Rowan | James | $25,000.00 |
| 536. | Rubrecht | Caryn | $100,000.00 |
| 537. | Ruffino | Carl & Beverly | $70,000.00 |
| 538. | Ruiz | Andres | $18,875.59 |
| 539. | Rush, Jr. | Danny | $55,342.90 |
| 540. | Rushing-Cueman | Victoria | $50,000.00 |

# ATTACHMENT A

| | Last Name | First Name | Loss Amount |
|---|---|---|---|
| 541. | Russ | Jerald | $250,000.00 |
| 542. | Russell | Evelyn | $100,000.00 |
| 543. | Russo | Joanne | $134,000.00 |
| 544. | Ruth Marrero Revocable Living Trust | | $125,000.00 |
| 545. | Rybarczyk | Mary | $124,054.00 |
| 546. | Sabey | Donald | $292,291.56 |
| 547. | Sadeghi | Ashraf | $54,882.76 |
| 548. | Saint | Thomas | $133,204.58 |
| 549. | Saint | Anita | $32,270.99 |
| 550. | Salow | Jerome | $131,863.76 |
| 551. | Samson | Lila | $50,000.00 |
| 552. | Samuel & Helen Gray Trust | | $50,000.00 |
| 553. | Sanders | Jim | $75,000.00 |
| 554. | Sandmire | Yvonne | $149,592.45 |
| 555. | Sapida | Arturo | $380,451.06 |
| 556. | Sappington | Martha | $362,000.00 |
| 557. | Sasso | Deborah & Steven | $404,837.98 |
| 558. | Savall | Keith | $135,130.38 |
| 559. | Savana | Lourdes & John | $243,918.23 |
| 560. | Saydel | Kenneth | $85,000.00 |
| 561. | Schatz | Alan | $50,000.00 |
| 562. | Scheel | Timothy | $100,000.00 |
| 563. | Schmerback Family Trust Daniel & Gerlinde | | $50,000.00 |
| 564. | Schoenberger | Harold | $175,000.00 |
| 565. | Schouveller | David | $200,000.00 |
| 566. | Schroeder | Don & Terry | $250,000.00 |
| 567. | Schulke | Patricia | $135,000.00 |
| 568. | Schulz | Delores | $76,000.00 |
| 569. | Schwartz | Jerome | $108,914.00 |
| 570. | Sclafani | Michael | $100,000.00 |
| 571. | Scott | Stephen | $50,000.00 |
| 572. | Scott Revocable Living Trust | | $50,000.00 |
| 573. | Seeger | George | $11,002.01 |
| 574. | Seeger | Walter | $31,094.24 |
| 575. | Seeger | Amy | $19,034.39 |
| 576. | Seid | Ronald & Margaret | $150,000.00 |

# ATTACHMENT A

| | Last Name | First Name | Loss Amount |
|---|---|---|---|
| 577. | Self | Mark | $599,717.06 |
| 578. | Sellmeyer | Frank | $75,000.00 |
| 579. | Shah | Indu | $50,000.00 |
| 580. | Shannon | Edward | $500,000.00 |
| 581. | Shelton | Michael | $50,000.00 |
| 582. | Shiakallis | Theodore | $50,733.19 |
| 583. | Shiakallis | Angela | $57,211.29 |
| 584. | Shiffler | Robert & Marlene | $50,000.00 |
| 585. | Shirley Mae Maddux Collins Trust | | $50,000.00 |
| 586. | Shoultes | Gordon | $72,832.99 |
| 587. | Simmons | Kil | $100,000.00 |
| 588. | Simms | Shirley | $259,344.80 |
| 589. | Simon | Peter | $100,000.00 |
| 590. | Simon | Cheryl | $318,839.05 |
| 591. | Simon | Elliot & Sarah | $100,000.00 |
| 592. | Simon | Michelle | $50,000.00 |
| 593. | Siqueira | Cedric | $55,498.62 |
| 594. | Sirk | Fay | $600,000.00 |
| 595. | Siwula | Audrey | $50,000.00 |
| 596. | Skeels | Ronald | $64,309.29 |
| 597. | Smart | Virginia | $50,000.00 |
| 598. | Smith | William | $52,000.00 |
| 599. | Smith | Dorothy | $697,800.00 |
| 600. | Smith | Margo | $96,000.00 |
| 601. | Sneider | James | $50,000.00 |
| 602. | Sopher | Beth | $62,748.77 |
| 603. | Sopher | Steven | $19,901.32 |
| 604. | Southside Rappahannock Association | | $100,000.00 |
| 605. | Spalding | John | $600,000.00 |
| 606. | Spicer | Mary | $69,198.69 |
| 607. | Spiroch | Mindy | $172,155.37 |
| 608. | St. George | Lucy | $45,908.00 |
| 609. | Stoughton | Donald | $100,000.00 |
| 610. | Strunk | Elizabeth | $105,650.20 |
| 611. | Stuart | Paul | $50,000.00 |
| 612. | Stubenrauch | Patricia | $50,000.00 |

## ATTACHMENT A

| | Last Name | First Name | Loss Amount |
|---|---|---|---|
| 613. | Stukenberg | Robert | $50,000.00 |
| 614. | Sullivan | Arlene | $101,891.57 |
| 615. | Suwankosai | Boonsong | $100,000.00 |
| 616. | Szaniszlo | Katelin | $300,000.00 |
| 617. | Tangdol | Conchita | $54,541.32 |
| 618. | Tavakoli | Frank | $217,563.75 |
| 619. | Tavakoli | Fred | $58,950.92 |
| 620. | Tavakoli | Mike | $50,671.62 |
| 621. | Taylor | Christopher A. | $197,097.00 |
| 622. | Taylor | Christopher S. | $50,000.00 |
| 623. | Taylor | Tad | $500,000.00 |
| 624. | Teague | Jevena | $150,000.00 |
| 625. | Terlikoski | Louis | $50,000.00 |
| 626. | Thomas | Gail | $75,058.21 |
| 627. | Thomas | Rosemary | $350,000.00 |
| 628. | Thompson | Elizabeth | $50,000.00 |
| 629. | Thompson | Jerry | $200,000.00 |
| 630. | Timpano | Marty | $50,000.00 |
| 631. | Tinarella | John | $324,000.00 |
| 632. | Touchy | Carol | $67,000.00 |
| 633. | Tovey | Brent | $100,000.00 |
| 634. | Treadway | Leroy & Linda | $104,304.92 |
| 635. | Treadway | Leroy | $67,000.00 |
| 636. | Treadway | Linda | $58,000.00 |
| 637. | Trott | Maureen | $150,000.00 |
| 638. | Trousdale | Martha | $65,000.00 |
| 639. | Troy | Tom | $145,000.00 |
| 640. | Truitt | Bryant | $50,000.00 |
| 641. | Tuomi | Nathan | $80,000.00 |
| 642. | Turnbull | Randy | $262,213.97 |
| 643. | Upchurch | Mark | $104,808.00 |
| 644. | Utter | Maxine | $75,000.00 |
| 645. | Vancil | Denise | $94,868.53 |
| 646. | Vandenbush | Carroll & Angeline | $250,000.00 |
| 647. | Varjas | Frank | $49,681.40 |
| 648. | Varjas | Hilda | $100,000.00 |

# ATTACHMENT A

| | Last Name | First Name | Loss Amount |
|---|---|---|---|
| 649. | Vasquez | Patricia | $63,400.00 |
| 650. | Veasaw | Wesley | $50,000.00 |
| 651. | Veltus | Richard & Esther | $100,000.00 |
| 652. | Vienne | Peter | $50,000.00 |
| 653. | Villarreal | George | $50,000.00 |
| 654. | Voelker | Dennis | $54,340.28 |
| 655. | Wagner | Franz | $50,000.00 |
| 656. | Wagner | Nathan | $254,743.48 |
| 657. | Wagner | William | $415,317.05 |
| 658. | Wagner | Annemarie | $73,800.00 |
| 659. | Wakai | Kathleen | $50,000.00 |
| 660. | Walker | Cynthia | $47,516.51 |
| 661. | Wallens | Mary | $50,000.00 |
| 662. | Wanda L. White Revocable Living Trust | | $28,611.00 |
| 663. | Warnell, Jr. | Wilbern | $145,000.00 |
| 664. | Wasserberg | Johnathan | $50,000.00 |
| 665. | Wasson | Marilyn | $50,250.00 |
| 666. | Watkins | James | $102,236.97 |
| 667. | Watts | Eichinger | $100,000.00 |
| 668. | Wells | Richard | $204,264.17 |
| 669. | Wenig | Leonard | $50,000.00 |
| 670. | Westrick | Robert | $50,000.00 |
| 671. | Wetuski | John & Joyce | $48,000.00 |
| 672. | Wey | Jong-Shinn | $70,000.00 |
| 673. | White | David | $50,857.88 |
| 674. | WIEC Properties, LLC | | $400,000.00 |
| 675. | Wienkers | Kevin | $500,000.00 |
| 676. | Wilkerson | Lula | $80,000.00 |
| 677. | Willis | Betty | $200,000.00 |
| 678. | Windsor | Thomas | $153,600.00 |
| 679. | Winkelman | Betty | $50,000.00 |
| 680. | Wishart Living Trust | | $250,000.00 |
| 681. | Withrow | Stanley | $124,820.54 |
| 682. | Wofford | Fonce | $80,000.00 |
| 683. | Wolf | Kathryn | $44,530.23 |
| 684. | Wood | Guy | $75,000.00 |

# ATTACHMENT A

| | Last Name | First Name | Loss Amount |
|---|---|---|---|
| 685. | Wood | James | $50,000.00 |
| 686. | Woodside | Shirley | $250,000.00 |
| 687. | Woodward | Julia | $100,378.46 |
| 688. | Woolfolk | Royce | $124,537.37 |
| 689. | Worthy | Shirley | $50,000.00 |
| 690. | Wright | Dorothy | $91,884.93 |
| 691. | Wright Family Trust | | $99,983.79 |
| 692. | Yang | Mirian | $50,000.00 |
| 693. | Yatsinko | Michael | $102,396.47 |
| 694. | Young | Carrie | $40,000.00 |
| 695. | Youngblood | Frank | $50,000.00 |
| 696. | Youngblood | Ruby | $50,000.00 |
| 697. | Zacherle | Christine | $50,000.00 |
| 698. | Zafar | Iqbal | $85,288.00 |
| 699. | Zendejas | Phillip | $50,000.00 |
| 700. | Zhang | Shanmin | $50,000.00 |
| 701. | Zhu | Xuchu | $80,000.00 |
| | | Total Loss Amount | $102,207,687.11 |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division



|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
|  | ) |
|  | ) |
| v. | ) |
|  | ) |
| RUSSELL E. MACKERT, | ) |
|  | ) |
| Defendant. | ) |
|  | ) |

Criminal No. 3:10CR257

## RESTITUTION ORDER

1.  The defendant is sentenced to pay restitution to the victims listed on Attachment A in the total amount of **$27,548,572.70.** Such restitution shall be joint and several with the restitution ordered as to the following defendants in related cases which involve the same victims: *United States v. Christian M. Allmendinger* (3:10CR248-01), *United States v. Adley H. Abdulwahab* (3:10CR248-02), *United States v. David C. White* (3:10CR248-03), *United States v. Brent P. Oncale* (3:10CR256), *United States v. Eric M. Kurz* (3:10CR258), and *United States v. Tomme Bromseth* (3:10CR246).

2.  Defendant Mackert's restitution liability shall not be reduced by any amounts received by the Clerk's Office on behalf of defendants who are ordered to pay restitution to the same victims. Mackert should receive credit only for payments that he makes. Mackert's liability for restitution shall be discharged when he personally has paid $27,548,572.70 or the victims in this case have received the full amount of their losses, which is $102,207,687.11.

3.  The amount of restitution paid to a victim shall not exceed the victim's total loss from the offenses of conviction. To the extent practicable, the victims shall report amounts received from a source other than the Bankruptcy Trustee directly to the Clerk of Court at the address provided below.

4.  The victims' names and respective total loss amounts are listed in Attachment A to this Restitution Order. The victims' addresses have been provided to the Court under separate cover.

5.  Any disbursements made to any victim by the Bankruptcy Trustee in connection with In Re Life Fund 5.1, LLC, Case No. 09-32672 (Bankr. N. D. Il.) shall be credited against the amount of restitution awarded to each victim, but shall not be credited against the

$27,548,572.70 sum for which the defendant is personally liable.

6. The Bankruptcy Trustee shall provide an accounting of any disbursements made to any victims identified in Attachment A. Such accounting shall be made within 30 days of the disbursement and directed to: Clerk of Court, U.S. District Court, Suite 3000, 701 East Broad Street, Richmond, Virginia 23219-3528.

7. Interest

   __✓__ is waived.

   _____ accrues as provided in 18 U.S.C. § 3612(f).

8. Restitution is due and payable immediately, and notwithstanding any other provision of this Restitution Order, the Government may enforce restitution at any time. The defendant shall make a bona fide effort to pay restitution in full as soon as practical.

9. If incarcerated, the Court encourages the defendant to participate in the Bureau of Prison's Inmate Financial Responsibility Program, to comply with the provisions of the financial plan, and to meet the defendant's financial obligation, pursuant to 28 C.F.R. § 545.10-11.

10. The defendant shall pay to the Clerk at least $ *250* per month or *25%* percent of ~~net~~ *gross* income, whichever is greater, beginning *above* ~~beginning~~ *60 days after supervision begins REP*

11. All payments shall be made to the Clerk of Court, United States District Court, Suite 3000, 701 East Broad Street, Richmond, Virginia 23219-3528.

12. Within 30 days of: (a) any change of name, residence, or mailing address; and (b) any material change in economic circumstances that affects the ability to pay restitution, the defendant shall notify the Clerk of Court and the United States Attorney's Office, Financial Litigation Unit, 8000 World Trade Center, Norfolk, VA 23510.

13. No delinquent or default penalties will be imposed except upon Order of the Court.

14. The Clerk of Court shall distribute the funds to the victims on a pro rata basis. The Clerk may withhold distribution of any restitution amounts until the sum available for restitution to each victim is at least $25.00.

2

_/s/_ _REP_

Honorable Robert E. Payne
Senior United States District Judge

ENTERED this 25th day of July, 2011.

at Richmond, Virginia

WE ASK FOR THIS:

Neil H. MacBride
United States Attorney

G. Wingate Grant
Michael S. Dry
Jessica A. Brumberg
Assistant United States Attorneys

SEEN AND AGREED:

Carolyn V. Grady
Counsel for Russell E. Mackert

3